FILED

APR 07 2020

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

In The United States District Court
For The Northern District of West Virg

Allen Woods

V.

Hazelton U.S.P. Medical Dept.

3:20-CV-59
Bivens
Groh/Trumble/Simms

## "Emergency" Motion To Grant Plaintiff, Allen Woods To Be Allowed To Be Issued Latex Gloves And A Face Mask By-From Medical Staff

Plaintiff, Allen Woods, Comes Now through Pro'se and hereby respectfully request for the Honorable Court To grant relief, and allow the Plaintiff be issued from the Medical staff here at U.S.P. Hazelton Latex gloves, and Face Mask Do To The World Wide Spread, and ecodemic The Covid-19.

The plaintiff, is presently housed here at U.S.P. Hazelton. Plaintiff is a Fifthty Nine year old Man who is serving a Fifthteen year sentence. I goto Work every day in food service seven days a week. I am being espose to the Correctional officers Whom Come to Work and Supervise inmates in food service up to (21) Inmates (25) officers each day in food service, and in the unit housing area. The unit officers, and food service officers Some are protected by Wearing latex gloves, and others refuse to Wear gloves, and Masks. As we know the (covid-19) is airborn, and especially Contracted by physical touching, and we the inmate, and plaintiff is pat searched and breathed on each day, and all day. And being force to touch objects thats being touch and been touched by officers. As the World Scientist, and the CDC, and the World renound Medical doctors herein America has spoken, Mention, and clearifield. Where Latex gloves, and Mask, especially in crowed environments, and each state local, and federal government "ordered" that we be within two to three feet away from each other, and moves in two's and three's.

(2)

U.S.P. Hazelton officers Will bring in the Coronevirus Covid 19 into the institution prison Population at any given day or moment. The virus has effected and hit around the globe every Country, and every City, and state. And When one of these correctional officers bring it here at U.S.P. Hazelton the impact Will be so tremondous, that some of us Will die, and most of us Will suffer a painful illness that the medical staff, and out side surronding hospitals, and medical Centers Won't be able to handle the 100,000 Cases. Thats the Reality. Plaintiff, espresses to the honorable Court that this is a ( Contingent)(Liability) and and liability, without (fault), and most definiantly a Joint Liability of the local state government, and the Federal government. This virus Covid 19 Concerning Prisoners, and the U.S. citizens demands from the Courts and from the federal government the sworn duty, and oath that Was sworn by your honor to act upon the humanitarian" Motivated by Concerns for human welfare, or act When situation or events that involves (Wide spread)(human suffering), When aid or Support is Manditory (required)" on a large Scale. (See: Humanitarian Law of Prisoners.

(3)

See:(Civil rights)
Under Modern Jurisprudance the civil rights
of a person (convicted) of a crime, be it
a felony or Misdemeanor are in nowise
effected or diminished." see: Alexander
Holtzoff, civil Rights of criminals in
Encyclopedia of criminology.

   Plaintiff, look to the Honorable Court, and
as an civil servant, and an independent body
grant plaintiff, relief by your Moral, and
Civil Power to be issued a Latex gloves
and Masks every three days for the following
life, and death reasons. The Coronavirus
Covid-19 has, and is effecting the global
World. It is effecting, and killing Senior
Citizens, and U.S. Citizens 50, and over who
are dying from it. Plaintiff, who is a Senior,
and with cronic illness, and cronic pain
and with an effection to my right liver, and
kidney, which makes my immune system weak
and working harder weakens my immune
system, and with these illness herein prison
and out in Society these are the people
who foresure are dying from Coronavirus.
                    (4) see back side of this page.

Plaintiff, Mr. Allen Woods, pleads to the Honorable Court to please use your "_domestic_" "_Authority_". The Coronavirus is deadly, and a threat to my well being, and a (death) Sentence" if you don't act on Morals, and on your domestic, Authority. This is a Universal, global killer, and the U.S. government federal, and local, Democrats, and Republicans, Judges, and Prosecuters Must and need to See this virus as the Scientis, and Doctors do. Not as people of Color, Not as prisoners, not as rich or poor but as humans, and American people the citizens of the U.S.A of a great Country. Who are spear heading the cure to the Covid-18- Coronavirus, Phenomenon.

Plaintiff, Comes before the court, and pleads to the Honorable Court, To please grant the relief Sought. I only wish as a Man, as a U.S.A. citizen born, and raised herein U.S.A to be protected from an unseen killer Covid-18 I pray to _God_ "the creator that he lay on your heart inspiration to grant relief.

(6)

CERTIFICATE OF SERVICE

I, Allen Woods, appearing pro se, hereby certify that I have served the foregoing Emergency motion for latex gloves, and face masks, title of document being sent upon the defendant by depositing true copies of the same in the United States Mail, postage prepaid, upon the following Plaintiff, of record for the defendant on April 01, 2020.

Defendant, Allen Woods, _Allen Woods_
No. 44681-066
P.O. Box 2000
Bruceton Mills, WV 26525

office of the clerk
217 W. King St., Room 102
Martinsburg, WV 25401
Attn: Inmate Litigation clerk.

(7)